RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*REALTIME DATA LLC*

NIXON PEABODY, LLP
Ronald F. Lopez (CA SBA 111756)
rflopez@nixonpeabody.com
Jennifer Hayes (CA SBA 241533)
jenhayes@nixonpeabody.com
One Embarcadero Center, Suite 1800
San Francisco, CA. 94111
Telephone: 415 984-8200

Attorneys for Defendant
*NEXENTA SYSTEMS, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>NEXENTA SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:18-cv-0574-EMC<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Realtime Data LLC and Defendant Nexenta Systems, Inc. (collectively, "the Parties") jointly move, stipulate, and agree, subject to the Court's approval that:

(i)    this action, including all claims and counterclaims that were or could have been brought in this action, shall be dismissed with prejudice, pursuant to the Settlement and License Agreement of April 2, 2019, whose terms shall remain confidential;

(ii)    this Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the Settlement and License Agreement; and

(iii)    each of the Parties shall bear its own costs, expenses and attorneys' fees in this action.

Dated: April 4, 2019                                       RUSS AUGUST & KABAT LLP

By:     */s/ Paul A. Kroeger*
    MARC A. FENSTER
    PAUL A. KROEGER
    REZA MIRZAIE
    BRIAN D. LEDAHL
    C. JAY CHUNG
    PHILIP X. WANG
    CHRISTIAN W. CONKLE

Attorneys for Plaintiff
REALTIME DATA LLC d/b/a IXO

NIXON PEABODY

Dated: April 4, 2019

By:     */s/ Jennifer Hayes*
    RONALD LOPEZ
    JENNIFER HAYES

Attorneys for Defendant
NEXENTA SYSTEMS, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Paul A. Kroeger, attest that concurrence in the filing of this document has been obtained.

*Paul A. Kroeger*

Dated: April 4, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*Paul A. Kroeger*