RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*REALTIME DATA LLC*

NIXON PEABODY, LLP
Ronald F. Lopez (CA SBA 111756)
rflopez@nixonpeabody.com
Jennifer Hayes (CA SBA 241533)
jenhayes@nixonpeabody.com
One Embarcadero Center, Suite 1800
San Francisco, CA. 94111
Telephone: 415 984-8200

Attorneys for Defendant
*NEXENTA SYSTEMS, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>NEXENTA SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:18-cv-0574-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

The Court, having considered the joint motion of Plaintiff Realtime Data LLC and Defendant Nexenta Systems, Inc. to dismiss with prejudice, and good cause appearing therefor, hereby GRANTS the motion. It is  ORDERED that:

      (i)     this action, including all claims and counterclaims that were or could have been brought in this action, shall be dismissed with prejudice, pursuant to the Settlement and License Agreement of April 2, 2019,  whose terms shall remain confidential;

(ii)      this Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the Settlement and License Agreement; and

(iii)     each of the Parties shall bear its own costs, expenses and attorneys' fees in this action.

Dated: April__, 2019

_____

Hon.  Edward M. Chen
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28